**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ADAM C. MARTIN,

                      Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-------------------------------------------------------------X

19 CIVIL 1831 (GBD) (KNF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2019, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings including the opportunity for a supplemental hearing and the issuance of a new decision.

**Dated:** New York, New York
          November 13, 2019

                                                RUBY J. KRAJICK
                                                  Clerk of Court
                       BY:
                                                          Deputy Clerk

                                                    THIS DOCUMENT WAS ENTERED
                                                    ON THE DOCKET ON 11/13/2019