UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
ADAM C. MARTIN,                                     :

        Plaintiff,                                  :

        v.                                           :

                                                 **ORDER**

COMMISSIONER OF SOCIAL SECURITY,  :

                                                 19-CV-1831 (GBD) (KNF)

        Defendant.                                  :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        On May 5, 2021, the plaintiff's counsel filed an affirmation stating that he "intends to file a supplemental motion to award attorneys [sic] fees pursuant to the decision in *Sinkler v. Berryhill*, 932 F.3d 83, 88-89 (2d Cir. 2019)." Docket Entry No. 55. Attached to counsel's affirmation is the Social Security Administration's April 5, 2021 "Authorization to Charge and Collect Fee" directed to Timothy S. McAdam of Mc Adam & Fallon, P.C in the amount of $9,999.00, stating: "If the claimant thinks the fee is too high or you think the fee is too low, either party must write to us within 30 days from the date of this notice."

        On June 28, 2021, the plaintiff shall: (a) file a status letter informing the Court whether the plaintiff or his counsel challenged the Social Security Administration's April 5, 2021 authorization within the permitted time; and (b) propose a date for filing of a supplemental motion for attorney's fees.

Dated:   New York, New York                        SO ORDERED:
             June 24, 2021

                                                       */s/ Kevin Nathaniel Fox*
                                                       KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE