UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADAM C. MARTIN,                                :

               Plaintiff,                  :

               v.                              :

                                          **ORDER**

COMMISSIONER OF SOCIAL SECURITY,   :
                                          19-CV-1831 (GBD) (KNF)

             Defendant.             :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

By a letter dated June 28, 2021, the plaintiff informed the Court

that he does not intend to challenge the award of attorneys fees for services at the administrative level. Previously, on March 22, 2021, Defendant's counsel informed the Court that the Commissioner viewed the amended motion seeking approval of attorneys fees as reasonable. (doc. 53) As an alternative to that suggested in our supplemental memorandum of law (doc. 58) the Court may want to require filing a status letter every 90 days informing the Court about the Commissioner's progress in issuing Notices of Award to Mr. Martin's dependent children. Judge Koeltl took a similar course of action in Baron v. Commissioner of Social Security, 11 Civ. 4262 (JGK) (S.D. N.Y.)

Docket Entry No. 59.

On or before July 13, 2021, the defendant shall inform the Court of the defendant's position

concerning the plaintiff's proposal(s) indicated in his June 28, 2021 letter.

Dated:   New York, New York                  SO ORDERED:
           July 8, 2021

                                                            */s/ Kevin Nathaniel Fox*
                                                            KEVIN NATHANIEL FOX
                                                            UNITED STATES MAGISTRATE JUDGE